# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DARIH SALEH, et al., | : | Case No. 3:18-cv-153 |
| Plaintiffs, | : | Judge Thomas M. Rose |
| v. | : | |
| JEFFERSON SESSIONS III, et al., | : | |
| Defendants. | : | |

## ENTRY AND ORDER DENYING WITHOUT PREJUDICE
## JOINT MOTION FOR STAY (DOC. 24)

This case is before the Court on the Joint Motion for Stay (Doc. 24) filed by Plaintiffs and Defendants. The parties ask for a stay of this action "until the criminal trial in which the Plaintiffs' father is a witness is completed" and for a status conference to be set in 120 days. The Joint Motion is not accompanied by a supporting memorandum. The parties do not provide any information about the criminal proceeding involving the Plaintiffs' father, its relationship (if any) to this action, or any explanation why a stay of this action would be appropriate. The Court therefore **DENIES WITHOUT PREJUDICE** the Joint Motion for Stay (Doc. 24). The parties may file a renewed joint motion to stay so long as it contains sufficient information for the Court to determine whether or not the requested stay of this action is appropriate.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, September 17, 2018.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE