# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DARIA SALEH *ex rel.* L.A., E.A., and B.A., | Case No. 3:18-cv-153 |
| Plaintiffs, | Judge Thomas M. Rose |
| v. | |
| JEFFREY SESSIONS, III, United States Attorney General, et al., | |
| Defendants. | |

## ENTRY AND ORDER GRANTING JOINT MOTION FOR STAY (DOC. 26)

This case is before the Court on the Joint Motion for Stay (Doc. 26) filed by Plaintiffs Daria Saleh ex rel. L.A., E.A., and B.A. and Defendants Jefferson Sessions, III, United States Attorney General, Christopher Wray, Director of the Federal Bureau of Investigation, and Kristjen Nelson, Secretary of the Department of Homeland Security. For good cause shown, the Court **GRANTS** the parties' Joint Motion for Stay. This case is hereby **STAYED** until the completion of the criminal trial in Case No. 3:17-cr-71 (S.D. Ohio), currently scheduled to begin on November 13, 2018 before District Judge Walter H. Rice. The parties are further **ORDERED** to notify the Court immediately upon the completion of the criminal trial in Case No. 3:17-cr-71 by filing a notice and joint motion for telephone conference in the docket of this case.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, September 28, 2018.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE